PEOPLE EX REL. JONAH DE MOSS v. VAN BUREN CIRCUIT JUDGE.

*Settlement of bill of exceptions.*

Mandamus to compel the settlement and signing of a bill of exceptions was granted where the relator had done all in his power to comply with the orders made for its settlement and had completed and furnished it in due time.

MANDAMUS to compel the settlement of a bill of exceptions. Submitted October 21. Granted October 22.

*Chandler Richards* for the motion.

*E. R. Annable* against.

PER CURIAM. The party who prepared the bill of exceptions having done all in his power to comply with the various orders made for its settlement, and having completed and furnished his bill in due time for that purpose, he cannot lawfully be deprived of his right to have it settled and signed, by any failure of the judge or of the opposing party to have it regularly completed at the time appointed. *People v. Littlejohn,* 11 Mich., 60.

Mandamus granted.